**EXHIBIT A**

**Charge of Discrimination**
**EEOC Charge No. 433-2026-02386**
**Signed May 29, 2026**

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
| --- | --- |
| EEOC | 433-2026-02386 |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Dr. Derrick Barbee

Phone No.: (336) 848-7578

Year of Birth: 1980

Mailing Address: 662 Legacy Falls Dr. South

Chapel Hill, NC 27517

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Chatham County Public Schools

No. Employees, Members: Under 15 Employees

Phone No.:

Mailing Address: 468 RENAISSANCE DRIVE

Pittsboro, NC 27312, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Race, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 12/05/2025

Latest: 12/05/2025

THE PARTICULARS ARE:

In August 2016 Respondent hired me as a Math Teacher. I am male and am African American. Throughout the duration of my employment, I performed my job at a satisfactory or better level. On December 4, 2025 Exceptional Teacher (EC) Paula Justice (Caucasian) brought a student to my room and said that sometimes we need to do the work for students. I informed Ms. Justice that allowing students to cheat was not fair and that nothing else needed to be said. At that time the student who was with Ms. Justice admitted to cheating on the test and receiving the answers from Ms. Justice. On December 5, 2025 Ms. Justice came into my class twenty minutes into my class. Ms. Justice told me that we did not give students answers but sometimes we need to give them clues and do their work for them or they would not pass. By way of background the 2026 North Carolina Teaching Working Conditions Survey states that 85.71% of teachers at Northwood Highschool believe that cheating is an issue. I told Ms. Justice to leave my room four different times. Ms. Justice however did not leave until Respondent administration came to my room. Respondent then sent me home for the rest of the day. Later that day I submitted a complaint about that matter to Principal Wynne Youngblood. Respondent conducted an investigation but never interviewed the student who admitted she was cheating. I also informed Respondent that I was encountering disparate treatment from Testing Coordinator Gina Bacheler. While I have been employed I have experienced increased scrutiny and monitoring. I believe that this is retaliation for engaging in a protected activity. In addition to this, according to the 2026 North Carolina Teaching Working Conditions Survey only 48.57% of teachers stated that school leadership communicates clear vision. That is an over 40% increase in dissatisfaction from the survey that was taken two years prior. Respondent Assistant Superintendent for Human Resources Kelly Batten said that the isolated incident of the EC teacher entering my classroom, however, is not unique to this specific instance as the school

has an existing operational structure of co-teaching, collaboration, and adult to adult to adult instructional partnership. Kelly Batten however also said that the incident was isolated in nature. Dr. Batten said that there was also noted confusion for the investigator regarding the general test procedures used by faculty across the school. Dr. Batten also noted that the previously used testing center format has been introduced to mitigate testing issues. This indicates that Dr. Batten did not know the test procedures used by faculty. Respondent failed to interview students and employees who had knowledge about the aforementioned issues.

I allege that Respondent discriminated against me due to my sex and race and retaliated against me, in violation of Title VII of the Civil Rights Act of 1964, as amended, by sending me home, scrutinizing me and harassing me.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Dr. Derrick Barbee

05/29/2026

Charging Party Signature & Date

---

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Dr Derrick Barbee

Notarized Signature of Charging Party

Subscribed and sworn to before me this date: 8/24/2026

Signature of Notary [signature]

Printed Name Wanda Webster

WANDA WEBSTER
NOTARY PUBLIC
My Commission Expires 02-20-2031
CHATHAM COUNTY, NC